# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | 2:24-mj-754 | Date | February 9, 2024 |
|---|---|---|---|
| Title | United States v. Jaime Mancilla Soberanis | | |

Present: The Honorable   Steve Kim, U.S. Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Government: | Attorneys Present for Defendant: |
| n/a | n/a |

**Proceedings:**   (IN CHAMBERS) **ORDER OF DETENTION –**
**PROBATION/SUPERVISED RELEASE VIOLATION**

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that:

A.   ☒   Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☐   Lack of bail resources

☐   Refusal to interview with Pretrial Services

☐   No stable residence or employment

☐   Previous failure to appear or violations of probation, parole, or release

☒   Ties to foreign countries and no ties to petitioning district

☒   Allegations in petition

☒   Reasons set forth in PSA report

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:24-mj-754 | Date | February 9, 2024 |
|---|---|---|---|
| Title | United States v. Jaime Mancilla Soberanis | | |

B.　☐　Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

　　☐　Nature of previous criminal convictions

　　☐　Allegations in petition

　　☐　Substance abuse

　　☐　Already in custody on state or federal offense

　　☐

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.